# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV249** |
| **vs.** ) | |
| ) | **ORDER** |
| **$6,910.00 IN UNITED STATES** ) | |
| **CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

**IT IS ORDERED** that the Notice of Substitution of Counsel (#4), construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of Jennie M. Dugan-Hinrichs as counsel for the United States and shall direct all further notices to substitute counsel, Nancy A. Svoboda.

**DATED March 9, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**